| | |
|---|---|
| Fred Norton (SBN 224725)<br>fnorton@nortonlaw.com<br>Heather Bates (SBN 337703)<br>hbates@nortonlaw.com<br>Matthew Liscovitz (SBN 334381)<br>mliscovitz@nortonlaw.com<br>THE NORTON LAW FIRM PC<br>300 Frank H. Ogawa Plaza, Ste. 450<br>Oakland, CA 94612<br>Telephone: (510) 906-4900<br><br>Attorneys for Plaintiff<br>DEQUAN TYNER | Rob Bonta<br>Attorney General of California<br>Preeti K. Bajwa (SBN 232484)<br>Supervising Deputy Attorney General<br>Krista-Denise Matsumura (SB 351395)<br>Deputy Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Telephone: (415) 229-0111<br>Email: Krista.Matsumura@doj.ca.gov<br><br>Attorneys for Defendants<br>J. GUTIERREZ and S. MUNIZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEQUAN TYNER,<br><br>   Plaintiff,<br><br>   v.<br><br>J. GUTIERREZ *and* S. MUNIZ,<br><br>   Defendants. | Case No. 3:23-cv-05758-TSH<br><br>**STIPULATION TO EXTEND DISCLOSURE OF REBUTTAL EXPERT WITNESSES DEADLINE; ORDER**<br><br>Judge:         The Honorable Thomas S. Hixson<br>Trial Date:    7/20/2026<br>Action Filed:  11/08/2023 |

As set forth below, Plaintiff Dequan Tyner ("Plaintiff") and Defendants J. Gutierrez and S. Muniz ("Defendants") stipulate and jointly move the Court to extend the deadline to disclose rebuttal expert witnesses from January 15, 2026 to January 22, 2026.

WHEREAS, on June 25, 2025, the Court issued a Case Management Order setting a January 15, 2026, deadline to disclose rebuttal expert witnesses (Dkt. 43);

WHEREAS, on August 12, 2025, Magistrate Judge Illman set a settlement conference for January 15, 2026 at 10:00 a.m. (Dkt. 46);

WHEREAS, the parties are in active settlement negotiations in advance of the January 15, 2026 settlement conference.

NOW, THEREFORE, Plaintiff and Defendants stipulate and jointly move the Court to extend the deadline to disclose rebuttal expert witnesses from January 15, 2026 to January 22, 2026 so that the parties can focus on settlement. A proposed order is set forth below.

Dated:  January 7, 2026                    Respectfully submitted,

                                           THE NORTON LAW FIRM PC

                                           /s/ Heather Bates
                                           Heather Bates

                                           Attorneys for Plaintiff
                                           DEQUAN TYNER


Dated:  January 7, 2026                    Respectfully submitted,

                                           ROB BONTA
                                           Attorney General of California
                                           PREETI K. BAJWA
                                           Supervising Deputy Attorney General


                                           /s/ Krista-Denise Matsumura
                                           Krista-Denise Matsumura
                                           Deputy Attorney General

                                           Attorneys for Defendants
                                           J. GUTIERREZ and S. MUNIZ

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court hereby:

1. Extends the deadline for the disclosure of rebuttal expert witnesses from January 15, 2026 to January 22, 2026.

IT IS HEREBY ORDERED

Date: January 7, 2026

_____
The Honorable Thomas S. Hixson